IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00021-MSK

HAL LEWIS HEBERT,

    Petitioner,

v.

KEVIN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER

---

This matter is before the Court on the "Addendum (Fifth Amendment Claim) in Supplement to Civil Action No. 11-cv-00021 MSK" (#26) filed June 13, 2011. In the Addendum, Petitioner raises a new claim challenging the validity of his state court criminal conviction. The Court construes the Addendum as a motion to amend the habeas corpus petition pending in this action. The clerk of the Court will be directed to designate the Addendum as a motion to amend the Petition (#3) on the Court's docketing records and Respondents will be directed to file a response to the motion to amend. Accordingly, it is

ORDERED that the clerk of the Court designate the Addendum (#26) filed June 13, 2011, as a motion to amend the Petition (#3). It is

FURTHER ORDERED that Respondents file a Response to the motion to amend (#26) within twenty-one days from the date of this order. It is

FURTHER ORDERED that Petitioner shall have twenty-one days after Respondents file their Response to file a Reply.

DATED June 21, 2011, at Denver, Colorado.

                                                       **BY THE COURT:**

*[Signature: Marcia S. Krieger]*

                                                    Marcia S. Krieger
                                                   United States District Judge