**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 14 2013

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

CIVIL ACTION NO. 11-cv-00021 MSK

HAL LEWIS HEBERT,

    Petitioner,

vs.

KEVIN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

Dated this 13th day of August, 2013.

        BY THE COURT:

        */s/ Marcia S. Krieger*

        Marcia S. Krieger
        Chief United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00021 MSK

District Court, City and County of Denver
1437 Bannock St., Rm. 256
Denver, CO 80202

Eric Alan Samler
**DELIVERED ELECTRONICALLY**

Hollis Ann Whitson
**DELIVERED ELECTRONICALLY**

Elizabeth Fraser Rohrbough - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**


    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  08/13/2013 .


                           JEFFREY P. COLWELL, CLERK

                           By: s/ D. Berardi
                                Deputy Clerk